IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-981-REB-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$55,276.11 SEIZED FROM WELLS FARGO BANK WEST,
N.A. ACCOUNT NO. XXXXXX8903, HELD IN THE NAME
OF QASSIM A. AL-SAMER, D/B/A WHOLY SMOKES,

$29,978.81 SEIZED FROM WELLS FARGO BANK, WEST,
N.A. ACCOUNT NO. XXXXXX6380, HELD IN THE NAME
OF QASSIM A. AL-SAMER, MAITHAM A. ALSAMER,

$31,702.53 SEIZED FROM WELLS FARGO BANK, WEST,
N.A. ACCOUNT NO. XXXXXX5556, HELD IN THE NAME
OF QASSIM A. AL-SAMER, MAITHAM A. ALSAMER,

$2,501.08 SEIZED FROM WELLS FARGO BANK, WEST,
N.A. ACCOUNT NO. XXXXXX5742, HELD IN THE NAME
OF QASSIM A. AL-SAMER, D/B/A WHOLE SMOKES,

        Defendants.

## ORDER OF DISMISSAL

      THIS MATTER comes before the Court on the unopposed motion of the United States and with the concurrence of Claimants Qassim A. Al-Samer and Maitham A. Alsamer, a/k/a Maitham A. Al Samar through their attorneys, the law firm of Springer and Steinberg, P.C., and the Court having read said motion and being fully advised in the premises FINDS;

      THAT the United States has commenced this action *in rem* pursuant to 18

U.S.C. §981;

THAT the case should be dismissed;

THAT any attorney's fees incurred by Claimants will be their sole responsibility and obligation;

THAT the parties forever and irrevocably releases the other party from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory with respect to the defendant property in this forfeiture action.

THAT based upon the facts and verification set forth in the Verified Complaint, there was reasonable cause for the seizure and arrest of the defendant property.

NOW THEREFORE, IT IS ORDERED that this action is dismissed and a Certificate of Reasonable Cause, which this order constitutes, is granted pursuant to 28 U.S.C. §2465.

SO ORDERED this 21st day of June, 2005.

BY THE COURT:

s/Robert E. Blackburn
ROBERT E. BLACKBURN
United States District Court Judge